CLARENCE C. MILLER, as Administrator of the Estate of JOHN B. MILLER, Deceased, et al., Appellants, *v.* THE STATE OF NEW YORK, Respondent.

*Miller* v. *State of New York*, 164 App. Div. 522, affirmed.

(Submitted April 29, 1918; decided May 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 20, 1914, which affirmed a judgment of the Court of Claims dismissing the plaintiffs' claim for an

alleged appropriation of land in the village of North Tonawanda for the use of the Barge canal. The state contended that the land described in the claim is situated wholly inside of what is known as the blue line (line which defines the boundary of canal lands, on various official canal maps), and is partly within the boundaries of Tonawanda creek, which for upward of eighty years has been a part of the state's canal system. The Court of Claims by an unanimous decision, dismissed the claim, holding that the state is the owner in fee of the land covered by the appropriation, and that the claimants had derived no title by adverse possession or otherwise.

*Northrup R. Holmes* for appellants.

*Merton E. Lewis, Attorney-General (Wilber W. Chambers* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.